**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

GLOBAL EQUITY MANAGEMENT
(SA) PTY. LTD.,

   Plaintiff,

  v.

ALIBABA GROUP HOLDING, LTD., et al.

   Defendants.

Civ. No. 2:16-CV-01074-RWS-RSP

---

**DECLARATION OF HO LOK CHE IN SUPPORT OF ALIBABA GROUP HOLDING
LIMITED'S MOTION TO DISMISS THE COMPLAINT FOR
LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE
ALTERNATIVE, TO TRANSFER**

I, Ho Lok Che, declare:

1. I am the Head of International Dispute Resolution for the Alibaba Group, based in Hong Kong. As the Head of International Dispute Resolution, I am responsible for various litigation matters for certain Alibaba Group companies, including Alibaba Group Holding Limited ("Alibaba Holding").

2. I provide this declaration in support of Alibaba Holding's motion to dismiss the complaint for lack of personal jurisdiction and improper venue or, in the alternative, to transfer this case to the United States District Court for the Northern District of California. I have personal knowledge of the following, based on my own experience and internal investigation, and, if called as a witness, I could and would testify competently thereto.

3. Alibaba Holding was served by a judicial officer of Hong Kong with a copy of the summons and complaint in this case at its Hong Kong office, located at 26th Floor, Tower One Times Square, 1 Matheson Street, Causeway Bay, Hong Kong, on January 4, 2017.

4.      Alibaba Holding is a Cayman Islands company with its principal place of business at 969 West Wen Yi Road, Yu Hang District, Hangzhou 311121, People's Republic of China.

5.      Alibaba Holding is a non-operating holding company.

6.      Alibaba Holding does not operate the www.alicloud.com or www.aliyun.com website or any other website.

7.      Alibaba Holding does not engage in any development, manufacture, sales, marketing or distribution of any products or services of any kind.

8.      Alibaba Holding does not provide technical support or assistance to end users of the www.alicloud.com or www.aliyun.com website or any other website.

9.      Alibaba Holding does not design, engineer or otherwise determine the content of the www.alicloud.com or www.aliyun.com website or any other website.

10.     Alibaba Holding does not own, lease or maintain any real property in Texas.

11.     Alibaba Holding does not own, lease or maintain any tangible personal property, including any documents or electronic data repositories, in Texas.

12.     Alibaba Holding has no employees, representatives, or agents in Texas, pays no property or income taxes in Texas, and has no places of business, mailing addresses, bank accounts, or telephone listings in Texas.

13.     Alibaba Holding has no registered agent in Texas and is not registered with the Texas Secretary of State to transact business in Texas.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Hong Kong on January 24, 2017.


                                                        _____
                                                        Ho Lok Che