# Exhibit 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., | ) ) | |
| Plaintiff, | ) ) | Civ. No. 2:16-CV-01074-RWS-RSP |
| v. | ) ) ) | |
| ALIBABA GROUP HOLDING, LTD., et al. | ) ) ) | JURY TRIAL DEMANDED |
| Defendants | ) | |

## DECLARATION OF HARRY L. LAXTON, JR.

1. My name is Harry L. Laxton, Jr. I am over the age of 21. I have never been convicted of a felony, and I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am licensed to practice law in the states of Texas and New York, and I am Of Counsel with the law firm of Ramey & Schwaller, LLP, which represents the Plaintiff in the above-captioned lawsuit.

3. Exhibits 2–5 and 11–20 to PLAINTIFF'S RESPONSE TO ALIBABA GROUP HOLDING LTD.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER are true and correct copies of webpages reflected by the web addressed on each such exhibit that accessed on and printed from the Internet on July 3, 2016.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2017.

Harry L. Laxton, Jr.

2