William P. Ramey, III (*admitted pro hac vice*)
Texas Bar No. 24027643
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

John B. Thomas
SBN 269538
Hicks Thomas LLP
8801 Folsom Boulevard, Ste. 172
Sacramento, California 95826
(916) 388-0822 (telephone)
(916) 691-3261 (fax)
jthomas@hicks-thomas.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Equity Management (SA) Pty. Ltd.<br><br>Plaintiff,<br><br>vs.<br><br>Alibaba Group Holding, Ltd., et al.,<br><br>Defendants. | Case No.   3:17-cv-02435-WHA<br><br>**RE-NOTICE OF WILLIAM P. RAMEY, III AND JOHN THOMAS'S OPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date:  August 24, 2017<br>Time:  8:00 a.m.<br>Judge:  The Hon. William Alsup |

# RE-NOTICE OF MOTION

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on William P. Ramey, III and John Thomas's Opposed Motion to Withdraw as Counsel for Plaintiff, previously notice for August 3, 2017, at 8:00 a.m., is hereby re-noticed for Thursday, August 24, 2017, at 8:00 a.m. or as soon thereafter as the matter may be heard before the Honorable William Alsup, United States District Judge, in Courtroom 8, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: July 19, 2017                    Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Hicks Thomas LLP**

John B. Thomas
SBN 269538
8801 Folsom Boulevard, Ste. 172
Sacramento, California 95826
(916) 388-0822 (telephone)
(916) 691-3261 (fax)
jthomas@hicks-thomas.com

**Attorneys for GEMSA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on all counsel of record via the Court's ECF system on this 19th day of July, 2017.

/s/ William P. Ramey, III
William P. Ramey, III